United States Bankruptcy Court
for the Eastern District of Pennsylvania

In re:  Donna Bowles                    :  Bky No. 19-17198-amc

        Debtor                          : Chapter 13

<u>Certification of Service</u>

I hereby certify service of the Motion to Extend Automatic Stay upon the following

persons by regular mail, email or facsimile, or by the courts ECF system, this November 21,

2019.

William C. Miller, Trustee
PO Box 40119
Philadelphia, PA 19106-0119

All creditors

s/Lawrence S.  Rubin
Lawrence S.  Rubin, Esquire
Attorney for debtor
337 W State Street
Media, PA 19063
610-565-6660
Fax: 610-565-1912

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com