**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Dana Y. Bowles							CHAPTER 13

       Debtor(s)				BKY. NO. 19-17198 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

  Kindly enter my appearance on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper and index same on the master mailing list.

             Respectfully submitted,
             **/s/ Rebecca A. Solarz Esquire**
             Rebecca A Solarz, Esquire
             Kevin G. McDonald, Esquire
             KML Law Group, P.C.
             701 Market Street, Suite 5000
             Philadelphia, PA 19106-1532
             (215) 627-1322