United States Bankruptcy Court for
the Eastern District of Pennsylvania

In re Dana Y Bowles                      : Bky No. 19-17198-amc

    Debtor                                : Chapter 13

**Praecipe to Relist**

To The Clerk:

Please relist the above case for a confirmation hearing.

                                    **s/Lawrence S. Rubin, Esquire**
                                    Lawrence S. Rubin, Esquire
                                    Attorney for Debtor
                                    337 West State Street
                                    Media, PA 19063
                                    Phone No: (610) 565-6660
                                    Fax No: (610) 565-1912

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com