United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 19-17198-amc
Dana Y Bowles                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia            Page 1 of 2           Date Rcvd: Jun 01, 2020
                              Form ID: 152              Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2020.
```
db          +Dana Y Bowles,   969 Roundhouse Court,    West Chester, PA 19380-1702
14443527    +Exton Limited Condominium Association,    c/o Stefan Richter, Esquire,
             Clemons Richter & Reiss, P.C.,   2003 South Easton Road, Suite 300,
             Doylestown, PA 18901-7100
14432084    +Federal National Mortgage Association,    c/o Loraine Gazzara Doyle, Esq.,   649 South Avenue,
             Secane PA 19018-3541
14458928    +Nationstar Mortgage LLC d/b/a Mr. Cooper,   C/O Rebecca A. Solarz, Esq.,
             701 Market Street Suite 5000,   Philadelphia, PA. 19106-1541
14422442    +Nationstar/mr Cooper,   350 Highland,   Houston, TX 77009-6623
14422443    +Trojan Profe,   P.o. Box 1270,   Los Alamitos, CA 90720-1270
14449820    +West Whiteland Township,   c/o Portnoff Law Associates, Ltd.,   P.O. Box 3020,
             Norristown, PA 19404-3020
14449819    +West Whiteland Township,   c/o James R. Wood, Esquire,   2700 Horizon Drive, Suite 100,
             King of Prussia, PA 19406-2726
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: megan.harper@phila.gov Jun 02 2020 04:21:23     City of Philadelphia,
             City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 02 2020 04:20:42
             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 02 2020 04:21:04     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14455398     E-mail/PDF: resurgentbknotifications@resurgent.com Jun 02 2020 04:26:16
             Ashley Funding Services, LLC,   Resurgent Capital Services,   PO Box 10587,
             Greenville, SC 29603-0587
14430614    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 02 2020 04:26:24
             Capital One Bank (USA), N.A.,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
14422439    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 02 2020 04:26:38
             Capital One Bank Usa N,   Po Box 30281,   Salt Lake City, UT 84130-0281
14422440    +E-mail/Text: bankruptcy@cavps.com Jun 02 2020 04:21:00     Cavalry Portfolio Serv,
             500 Summit Lake Drive,   Valhalla, NY 10595-2322
14427477    +E-mail/Text: bankruptcy@cavps.com Jun 02 2020 04:21:00     Cavalry SPV I, LLC,
             500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
14422441    +E-mail/PDF: creditonebknotifications@resurgent.com Jun 02 2020 04:26:41     Credit One Bank Na,
             Po Box 98872,   Las Vegas, NV 89193-8872
                                                                                              TOTAL: 9
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14422438      Best Buy/cbna
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2020 at the address(es) listed below:
```
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    West Whiteland Township jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              LAWRENCE S. RUBIN    on behalf of Debtor Dana Y Bowles echo@pennlawyer.com,   foxtrot@pennlawyer.com
              LORRAINE GAZZARA DOYLE    on behalf of Creditor    Federal National Mortgage Association
               (FannieMae) c/o Nationstar Mortgage LLC, dba Mr. Cooper Lorraine@mvrlaw.com,   Diane@mvrlaw.com
```

```
District/off: 0313-2          User: Virginia              Page 2 of 2                  Date Rcvd: Jun 01, 2020
                              Form ID: 152                Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        REBECCA ANN SOLARZ    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
         bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                                             TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Dana Y Bowles
    Debtor(s)

Case No: 19−17198−amc
Chapter: 13

_____

## NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 8/11/20 at 10:00 AM , in Courtroom #4, 900 Market Street, Philadelphia, PA 19107

 

For The Court

Timothy B. McGrath
Clerk of Court