### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Dana Y. Bowles
        Debtor(s)

Nationstar Mortgage LLC d/b/a Mr. Cooper
      v.
Dana Y. Bowles
      and
William C. Miller Esq.
      Trustee

Chapter 13

NO. 19-17198 AMC

### ORDER

AND NOW, this _____ day of _____, 2020 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on April 16, 2020 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Nationstar Mortgage LLC d/b/a Mr. Cooper and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 969 Roundhouse Court West Chester, PA 19380.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: July 28, 2020**

_____
United States Bankruptcy Judge.

cc: See attached service list

Dana Y. Bowles
969 Roundhouse Court
West Chester, PA 19380

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

LAWRENCE S. RUBIN ESQUIRE
337 West State Street
Media, PA 19063

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532