```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:                                                          Case No. 19-17198-amc
Dana Y Bowles                                                   Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Virginia           Page 1 of 1           Date Rcvd: Jul 28, 2020
                              Form ID: pdf900          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 30, 2020.
db             +Dana Y Bowles,    969 Roundhouse Court,    West Chester, PA 19380-1702

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 28, 2020 at the address(es) listed below:
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    West Whiteland Township jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              LAWRENCE S. RUBIN    on behalf of Debtor Dana Y Bowles echo@pennlawyer.com,  foxtrot@pennlawyer.com
              LORRAINE GAZZARA DOYLE    on behalf of Creditor    Federal National Mortgage Association
               (FannieMae) c/o Nationstar Mortgage LLC, dba Mr. Cooper Lorraine@mvrlaw.com,  Diane@mvrlaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Dana Y. Bowles<br>      Debtor(s)<br><br>Nationstar Mortgage LLC d/b/a Mr. Cooper<br>    v.<br>Dana Y. Bowles<br>    and<br>William C. Miller Esq.<br>      Trustee | Chapter 13<br><br><br>NO. 19-17198 AMC |

**ORDER**

  AND NOW, this _____ day of _____, 2020 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on April 16, 2020 it is ORDERED AND DECREED that:

  The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Nationstar Mortgage LLC d/b/a Mr. Cooper and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 969 Roundhouse Court West Chester, PA 19380.

  The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: July 28, 2020**

                     _____
                     United States Bankruptcy Judge.

cc: See attached service list

Dana Y. Bowles
969 Roundhouse Court
West Chester, PA 19380

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

LAWRENCE S. RUBIN ESQUIRE
337 West State Street
Media, PA 19063

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532