Certificate Number: 14912-PAE-DE-035284735

Bankruptcy Case Number: 20-14911



14912-PAE-DE-035284735

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 19, 2021</u>, at <u>10:34</u> o'clock <u>PM EST</u>, <u>Nadia Mills</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>January 19, 2021</u>    By:    <u>/s/Jai Bhatt</u>

                            Name:  <u>Jai Bhatt</u>

                            Title:   <u>Counselor</u>