UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Dana Y. Bowles  : Chapter 13

    Debtor  : Bky. No. 19-17198-amc.

Praecipe to Withdraw Document

To the Clerk

Please withdraw the Debtor Education Certificate, filed in error, document #75.

                s/Lawrence S. Rubin
                Lawrence S. Rubin, Esquire
                Attorney for the debtor
                337 West State Street
                Media, PA 19063-2615
                (610) 565-6660

Dated: January 20, 2021

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com