# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-17198-AMC

DANA Y BOWLES

969 ROUNDHOUSE COURT

WEST CHESTER, PA 19380-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    DANA Y BOWLES

    969 ROUNDHOUSE COURT

    WEST CHESTER, PA 19380-

Counsel for debtor(s), by electronic notice only.

    LAWRENCE S. RUBIN ESQUIRE
    337 WEST STATE STREET

    MEDIA, PA 19063-

                                                     /S/ William C. Miller

Date: 4/8/2021                                        _____

                                                     William C. Miller, Esquire
                                                     Chapter 13 Standing Trustee