**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

IN RE **Dana Y. Bowles**             **Chapter 13**
        Debtor.         **:**     BANKRUPTCY NO. **19-17198-amc**

_____


**ENTRY OF APPEARANCE AND REQUEST FOR NOTICE FOR EXTON LIMITED CONDOMINIUM ASSOCIATION**

      The undersigned hereby enters his appearance for Exton Limited Condominium Association, and pursuant to Bankruptcy Rules 2002 and 9007, requests that all notices required to be given in this case, as well as any and all other pleadings, or notices of any kind, be sent to the undersigned.

                                         **Clemons Richter & Reiss, P.C.**
                                         2003 South Easton Road, Suite 300
                                         Doylestown, PA 18901
                                         Tel. (215) 348-1776

Date: July 27, 2021

                                         _____
                                         Stefan Richter, Esquire