# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-17198-AMC

DANA Y BOWLES

969 ROUNDHOUSE COURT

WEST CHESTER, PA 19380-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

DANA Y BOWLES

969 ROUNDHOUSE COURT

WEST CHESTER, PA 19380-

Counsel for debtor(s), by electronic notice only.

LAWRENCE S. RUBIN ESQUIRE
337 WEST STATE STREET

MEDIA, PA 19063-

Date: 7/28/2021

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee