United States Bankruptcy Court for
the Eastern District of Pennsylvania

In re: Dana Y Bowles                      : Chapter 13

     Debtor                          : Bky. No. 19-17198-amc

## **CERTIFICATION OF NO OBJECTION**

The undersigned counsel for the debtor hereby certifies that more than 21 days have elapsed from the date of service of the Motion to Reinstate Case and that no party in interest has served upon counsel for debtor an answer, objection responsive pleading or request for hearing.

                                                 s/Lawrence S. Rubin
                                                 Lawrence S. Rubin, Esquire
                                                 Attorney for the debtor
                                                 337 West State Street
                                                 Media, PA 19063-2615
                                                 (610) 565-6660

Dated: October 19, 2021

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com