United States Bankruptcy Court for
the Eastern District of Pennsylvania

In re: Dana Y Bowles : Chapter 13

    Debtor : Bky. No. 19-17198-amc

Order

This court having been presented with sufficient evidence to grant the debtor's Motion to Reconsider it is hereby ordered that the September 21, 2021 (doc #90) Order, is vacated and the case is reinstated.

**Date: October 21, 2021**

_____

Ashely Chan, Bankruptcy Judge

Dated: _____, 2021

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com