**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Dana Y. Bowles                CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 19-17198 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust and index same on the master mailing list.

                                         Respectfully submitted,

/s/ Rebecca Solarz
Rebecca Solarz
24 Nov 2021, 15:25:32, EST

                                    KML Law Group, P.C.
                                    701 Market Street, Suite 5000
                                    Philadelphia, PA 19106-1532
                                    (215) 627-1322

Document ID: 4806128b4843959464b6cbfb0ce314c04be0a4dce5327254a1f72623106e59e6