# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                        Chapter 13

                        Bankruptcy No. 19-17198-AMC

DANA Y BOWLES

969 ROUNDHOUSE COURT

WEST CHESTER, PA 19380-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  DANA Y BOWLES

  969 ROUNDHOUSE COURT

  WEST CHESTER, PA 19380-

Counsel for debtor(s), by electronic notice only.

  LAWRENCE S. RUBIN , ESQUIRE
  337 WEST STATE STREET

  MEDIA, PA 19063-

Date: 1/28/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee