**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Dana Y. Bowles<br><br>          Debtor(s) | Chapter 13 |
| US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust<br><br>          Moving Party<br><br>     vs. | NO. 19-17198 AMC |
| Dana Y. Bowles<br><br>          Debtor(s) | 11 U.S.C. Section 362 |
| and Kenneth E. West<br><br>          Trustee | |

## CERTIFICATION OF DEFAULT

I, Rebecca A. Solarz, Esquire, attorney for Moving Party, certify that Debtor(s) has/have defaulted upon the terms of the Stipulation. It is further certified that the attached notice dated March 1, 2022 was served upon the Debtor(s) and Debtor's Attorney on said date. Subsequent to said notice, the Debtor(s) has/have failed to cure the default.  Accordingly, the Court shall enter the attached Order granting the Moving Party relief from the automatic stay.

**/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734
Attorneys for Movant/Applicant

March 18, 2022