United States Bankruptcy Court for
the Eastern District of Pennsylvania

In re: Dana Y Bowles            : Chapter 13

       Debtor              : Bky. No. 19-17198-amc

## CERTIFICATION OF NO RESPONSE

The undersigned counsel for the debtor hereby certifies that more than 21 days

have elapsed from service of the debtors' Motion for Post-Confirmation Plan Modification

and to Extend Plan and that no creditor, nor any other party in interest has served upon

counsel for debtor an answer, objection responsive pleading or request for hearing.

                                s/Lawrence S. Rubin
                                Lawrence S.  Rubin, Esquire
                                Attorney for the debtor
                                337 West State Street
                                Media, PA 19063-2615
                                (610) 565-6660

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com