# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Dana Y. Bowles<br>　　　　　　　　　Debtor(s)<br><br>US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust<br>　　　　　　　　　v.<br>Dana Y. Bowles<br>　　　　　　　　　and<br>Kenneth E. West<br>　　　　　　　　　Trustee | Chapter 13<br><br>NO. 19-17198 AMC |

## ORDER

　　　　AND NOW, this　　　day of　　　　　　, 2022 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on December 9, 2020  it is ORDERED AND DECREED that:

　　　　The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 969 Roundhouse Ct West Chester, PA 19380.

　　　　The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: April 7, 2022**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

cc: See attached service list

Dana Y. Bowles
969 Roundhouse Court
West Chester, PA 19380

Kenneth E. West
1234 Market Street – Suite 1813
Philadelphia, PA 19107

LAWRENCE S. RUBIN ESQUIRE
337 West State Street
Media, PA 19063

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532