United States Bankruptcy Court

Eastern District of Pennsylvania

In re:            Case No. 19-17198-amc

Dana Y Bowles            Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2

Date Rcvd: Apr 07, 2022      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dana Y Bowles, 969 Roundhouse Court, West Chester, PA 19380-1702 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor West Whiteland Township jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| LAWRENCE S. RUBIN | on behalf of Debtor Dana Y Bowles echo@pennlawyer.com foxtrot@pennlawyer.com;7272@notices.nextchapterbk.com |
| LORRAINE GAZZARA DOYLE | on behalf of Creditor Federal National Mortgage Association (FannieMae) c/o Nationstar Mortgage LLC dba Mr. Cooper ldoyle@milsteadlaw.com, bankruptcy@friedmanvartolo.com |

District/off: 0313-2       User: admin       Page 2 of 2
Date Rcvd: Apr 07, 2022       Form ID: pdf900       Total Noticed: 1

REBECCA ANN SOLARZ
on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ
on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

STEFAN RICHTER
on behalf of Creditor Exton Station Condominium Association srichter@clemonslaw.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Dana Y. Bowles<br>　　　　　　　　　　Debtor(s)<br><br>US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust<br>　　　　　　　v.<br>Dana Y. Bowles<br>　　　　　　　and<br>Kenneth E. West<br>　　　　　　　　　Trustee | Chapter 13<br><br><br>NO. 19-17198 AMC |

**ORDER**

　　　　AND NOW, this　　　day of　　　　　　, 2022 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on December 9, 2020 it is ORDERED AND DECREED that:

　　　　The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 969 Roundhouse Ct West Chester, PA 19380.

　　　　The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: April 7, 2022**

　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

cc: See attached service list

Dana Y. Bowles
969 Roundhouse Court
West Chester, PA 19380

Kenneth E. West
1234 Market Street – Suite 1813
Philadelphia, PA 19107

LAWRENCE S. RUBIN ESQUIRE
337 West State Street
Media, PA 19063

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532