# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE **Dana Y. Bowles**           **Chapter 13**
    Debtor        :      BANKRUPTCY NO. **19-17198-amc**

## ORDER

AND NOW, this _____ day of _____, 2022, upon Motion for Relief from the Automatic Stay of Exton Limited Condominium Association, it is hereby **ORDERED** and **DECREED**, that the motion is **GRANTED**, as follows:

Relief is granted from the Automatic stay pursuant to 11 U.S.C. Section 362, to permit Movant to proceed with the remedies for collection of assessments on Debtor's real estate known as 969 Roundhouse Court, West Chester PA, 19380 in accordance with the Declaration of Condominium.

BY THE COURT

**Date: August 23, 2022**

_____
Ashely M. Chan, Bankruptcy Judge