**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                             Chapter 13
DANA Y BOWLES

            Debtor             Bankruptcy No. 19-17198-AMC

# O R D E R

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

    **IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: August 24, 2022**

Dated:x1/28/2022
Xxxxxxxx28xxxxx

_____
Honorable Ashely M. Chan
Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
LAWRENCE S. RUBIN , ESQUIRE
337 WEST STATE STREET

MEDIA, PA 19063-

Debtor:
DANA Y BOWLES

969 ROUNDHOUSE COURT

WEST CHESTER, PA 19380-