United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-17198-amc |
| Dana Y Bowles | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 24, 2022 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dana Y Bowles, 969 Roundhouse Court, West Chester, PA 19380-1702 |
| cr | + | Exton Station Condominium Association, Clemons Richter & Reiss, PC, 2003 South Easton Road, Suite 300, Doylestown, PA 18901, UNITED STATES 18901-7100 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2022    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor West Whiteland Township jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| LAWRENCE S. RUBIN | on behalf of Debtor Dana Y Bowles echo@pennlawyer.com foxtrot@pennlawyer.com;7272@notices.nextchapterbk.com |

Case 19-17198-amc    Doc 131    Filed 08/26/22    Entered 08/27/22 00:28:22    Desc
Imaged Certificate of Notice    Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 24, 2022 | Form ID: pdf900 | Total Noticed: 2 |

LORRAINE GAZZARA DOYLE
    on behalf of Creditor Federal National Mortgage Association (FannieMae) c/o Nationstar Mortgage LLC dba Mr. Cooper ldoyle@milsteadlaw.com, bankruptcy@friedmanvartolo.com

REBECCA ANN SOLARZ
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

STEFAN RICHTER
    on behalf of Creditor Exton Station Condominium Association srichter@clemonslaw.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE **Dana Y. Bowles**           **Chapter 13**
            Debtor        :    BANKRUPTCY NO. **19-17198-amc**

### ORDER

AND NOW, this _____ day of _____, 2022, upon Motion for Relief from the Automatic Stay of Exton Limited Condominium Association, it is hereby **ORDERED** and **DECREED**, that the motion is **GRANTED**, as follows:

Relief is granted from the Automatic stay pursuant to 11 U.S. C. Section 362, to permit Movant to proceed with the remedies for collection of assessments on Debtor's real estate known as 969 Roundhouse Court, West Chester PA, 19380 in accordance with the Declaration of Condominium.

                                                 **BY THE COURT**

**Date: August 23, 2022**                    _____
                                                 Ashely M. Chan, Bankruptcy Judge